# ELECTRONIC RECORD

COA # 07-14-00095-CR          OFFENSE: 1

STYLE: Michael Bridges v. The State of Texas          COUNTY: Randall

COA DISPOSITION:     Affirmed          TRIAL COURT: 251st District Court

DATE: 12/17/2014          Publish: YES   TC CASE #:   24,140-C

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Michael Bridges v. The State of Texas          CCA #: 162-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 03/18/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD